AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| ROWENA TACHIAS and MONIQUE DERETA,<br><br>*Plaintiff(s)*<br>v.<br>LOS LUNAS SCHOOLS BOARD OF EDUCATION, BRYAN SMITH, ELOY GIRON, STEVEN OTERO, FRANK OTERO, P. DAVID VICKERS, DANA SANDERS,<br>*Defendant(s)* | Civil Action No. 1:21-cv-00085-LF-KRS |

**ALIAS SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Dana Sanders
70 Shawn Ct SW
Los Lunas, NM 87031

A lawsuit has been filed against you.

Within 21 days after service of this alias summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leon Howard, III, American Civil Liberties Union of New Mexico Foundation
P.O. Box 566, Albuquerque, NM 87103; (505) 266-5915
lhoward@aclu-nm.org
Matthew M. Beck, Peifer, Hanson, Mullins & Baker, P.A.
P.O. Box 25245, Albuquerque, NM 87125; (505) 247-4800
mbeck@peiferlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Tuesday, February 16, 2021

Denisse Rincon
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00085-LF-KRS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Defendant Dana Sanders__
was received by me on *(date)* __February 16, 2021__.

☒ I personally served the summons on the individual at *(place)* __70 Shawn Ct. SW Los Lunas, NM 87031__
on *(date)* __February 20, 2021__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __March 9, 2021__

*Server's signature*

__Tiffany McCree, Senior Paralegal__
*Printed name and title*

ACLU-NM
P.O. Box 566
Albuquerque, NM 87103
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dana Sanders
   70 Shawn Ct SW
   Los Lunas, NM 87031

   9590 9402 5804 0034 0796 91

2. Article Number (Transfer from service label)

   7016 0910 0000 9642 1039

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☑ Addressee

B. Received by (Printed Name): Snider
C. Date of Delivery: 2/20

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt